IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES FOR THE<br>SOUTHERN OHIO PAINTERS HEALTH<br>& WELFARE FUND, et al. | * <br> * <br> * <br> * | CASE NO. 1:15-CV-581 |
| PLAINTIFFS, | * <br> * | Judge Sandra S. Beckwith |
| v. | * <br> * | Magistrate Judge<br>Stephanie K. Bowman |
| DOMINGUEZ, INC. | * <br> * <br> * <br> * | ORDER GRANTING<br>MOTION FOR DEFAULT<br>JUDGMENT |
| DEFENDANT. | * | |

WHEREAS, Plaintiffs Trustees for the Southern Ohio Painters Health & Welfare Fund, et al., filed their Complaint on September 9, 2015;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on November 23, 2015;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Plaintiffs' Complaint, Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that Judgment is entered on behalf of the Plaintiffs and against the Defendant in the amount of $2,540.90, representing amounts for unpaid benefit contributions, interest, liquidated damages, attorney fees, and court costs.

**IT IS FURTHER ORDERED** that Plaintiffs are entitled to ongoing interest in the amount of one percent (1%) per month until the audit is completed and the unpaid

contributions are paid in full and additional attorney's fees incurred in collecting the judgment amount.

ENTERED:

By:

_____
UNITED STATES DISTRICT JUDGE/~~MAGISTRATE JUDGE~~
SANDRA S. BECKWITH

Dated:

_____
2/22/16

Prepared by the Attorney for Plaintiffs:

Stephen P. Nevius, Esq.
Ledbetter Parisi LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)